UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GIGENA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD BAKER,<br><br>  Defendant. | No.  2:22-cv-00206-TJN-KJN<br><br>**ORDER** |

On February 10, 2022, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On February 17, 2022, Plaintiff filed a supplement to petition for writ of mandate and administrative stay.  (ECF No. 4.)  The Court construes this filing as Plaintiff's objections to the findings and recommendations, which have been considered by the Court.

This Court reviews *de novo* those portions of the proposed findings of fact to which an objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the matter on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's

conclusions of law are reviewed *de novo*.  See *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

      The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations (ECF No. 3) are ADOPTED IN FULL;

    2. The action is DISMISSED as frivolous; and

    3. The Clerk of Court is directed to CLOSE this case.

DATED:  March 9, 2022

                Troy L. Nunley
                United States District Judge